2:25mj27

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br>**TED THERRIEN**<br>*Defendant* | )<br>)<br>)  Case No.  1:21-CR-10323-NMG-1<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  TED THERRIEN ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☒ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Alleged violation of conditions of pretrial release.

**RECEIVED**
By USMS at 8:36 am, Jan 15, 2025

Date: 01/15/2025

/s/ Nathaniel M. Gorton
*Issuing officer's signature*

City and state:  Boston, Massachusetts

Nathaniel M. Gorton, US District Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 01/15/2025 , and the person was arrested on *(date)* 02/06/2025
at *(city and state)* Suffolk, VA .

Date: 02/10/2025

D/MA
Executed for DUSM Lucke, by DUSM Terry E/VA
*Arresting officer's signature*

DUSM TERRY - E/VA
*Printed name and title*

AO 442 (Rev. 01/09) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: Ted Therrien

Known aliases: 

Last known residence: Newport News, VA

Prior addresses to which defendant/offender may still have ties: Troy, VT

Last known employment:

Last known telephone numbers:

Place of birth:

Date of birth: 1970

Social Security number: 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

Height:                                             Weight:

Sex: M                                              Race:

Hair:                                               Eyes:

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:

Complete description of auto:

Investigative agency and address:

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:
Patrick Skehill 617-748-4408

Date of last contact with pretrial services or probation officer *(if applicable)*: