PS 8
(5/05)

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF MASSACHUSETTS

United States of America

    vs.

Ted Therrien                                Docket No. 0101 1:21CR10323-NMG-1

### PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE

The undersigned U.S. Probation and Pretrial Services Officer presents this report regarding defendant Ted Therrien, who was placed under pretrial release supervision by the Honorable Nathaniel M. Gorton, on 1/23/2024 under the following conditions:

    1. Report to U.S. Probation and Pretrial Services as directed.
    2. Surrender any passport to U.S. Probation and Pretrial Services.
    3. Do not obtain a passport or any other travel document while this case is pending.
    4. Travel is restricted to the Eastern District of Virginia and to the District of Massachusetts for court purposes.
    5. Avoid all contact, directly or indirectly, with any person who is or who may be a victim or potential witness in the subject investigation or prosecution, including, those identified by the government.
    6. Defendant is directed to schedule required medical procedures in a timely manner and provide verification of all medical appointments.
    7. Report any contact with law enforcement within 24 hours.
    8. Maintain residence and do not move without prior permission of U.S. Probation and Pretrial Services.
    9. Refrain from possessing a firearm, destructive device, or other dangerous weapon.
    10. Refrain from use of alcohol.
    11. Refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. 802, unless prescribed by a license medical practitioner.
    12. Submit to any method of testing required by the Pretrial Services Officer for determining whether the defendant is using a prohibited substance.
    13. Participate in a program for inpatient or outpatient substance abuse therapy and counseling if directed by the Pretrial Services Officer and comply with all of the rules and regulations of the program and sign all release forms so that Pretrial may verify attendance and compliance.

        And respectfully seeks action by the Court and for cause as follows:

The purpose of this memorandum is to advise the Court that the above-named defendant has violated the following conditions of pretrial release:

**(1) The defendant must not violate federal, state or local law while on release.**
**(7-l) The defendant shall not use alcohol at all.**

On 1/7/25, the U.S. Probation & Pretrial Services Office notified the Court that Mr. Therrien had not remained in compliance with his conditions of release since his Show Cause and Rule 11 hearings on 11/27/24. Specifically, the defendant was unsuccessfully terminated from his substance abuse treatment program for excessive absences, and failed to attend a state court hearing on 12/16/24, and to report his contact with the Newport News VA Police Department on 12/28/24.

Consequently, the Court adopted our office's recommendation to impose a nightly curfew with electronic monitoring to enhance Mr. Therrien's structure while he awaited his Sentencing on 3/6/25. Subsequent to receiving the approved order on 1/10/25, our office contacted the Eastern District of Virginia's Pretrial Services Office to ask that Mr. Therrien be enrolled in their electronic monitoring program given that he has resided in that state throughout his period of pretrial supervision.

On 1/14/25, this Officer received notification that Mr. Therrien had been arrested by the Newport News, VA Police Department earlier that morning. A further inquiry with the Newport News Police revealed that the defendant had been arrested for Robbery and a Preliminary Protective Order Violation. According to the incident report, on 1/13/25, Jennifer Beach reported that Mr. Therrien forcefully pulled her phone from her hand while she was driving. Ms. Beach then pulled into a parking lot and ran inside a 7-Eleven store while Mr. Therrien drove away in the truck. The report noted that there was an active protective order against Mr. Therrien, taken out by Ms. Beach, at the time of the incident.

Upon returning Ms. Beach to her residence, the investigating Officer observed Mr. Therrien driving in the area and proceeded to conduct a motor vehicle stop as Mr. Therrien pulled in front of her apartment. Thereafter, Mr. Therrien informed the officer that he and Ms. Beach were at a friend's house where he had been drinking which is why Ms. Beach was driving. He then claimed that Ms. Beach had freaked out and pulled into a parking lot and went inside the store. The report concluded that Mr. Therrien admitted he was aware that Ms. Beach had obtained a protective order against him but she had told him she was going to have it removed. Ms. Therrien was then placed under arrest for the above offenses.

Given the severity of Mr. Therrien's new state charges, coupled with fact that he has repeatedly failed to comply with his conditions of release while under pretrial supervision, our office is requesting that the Court issue a warrant for his arrest. It should be noted that the U.S. Attorney's Office has been notified of Mr. Therrien's new arrest and is aware that our office has requested a warrant to address his noncompliance**.**

**Petition for Action on Conditions of Pretrial Release**

PRAYING THE COURT WILL:

☒     Issue a warrant.
☐     Issue a summons for the defendant to appear for a show cause hearing.
☐     Other: No Action.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:  1/14/2025          Place: Boston, Massachusetts

<u>Patrick Skehill</u>          Date:  1/14/2025
Patrick Skehill
U.S. Probation Officer

                ORDER OF COURT

☐     Warrant to issue.
☐     Summons to issue. Clerk to schedule show cause hearing.
☐     Other:

_____
The Honorable Nathanial M. Gorton
U.S. Magistrate Judge